IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 94-20913
Summary Calendar
_____


UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

CALVIN BROWN,
BRENDA BROWN THURMAN,

                              Defendants-Appellants.


- - - - - - - - - -
Appeals from the United States District Court
for the Southern District of Texas
USDC No. CR-H-92-25-8-6
- - - - - - - - - -

February 2, 1996
Before KING, SMITH and BENAVIDES Circuit Judges.

PER CURIAM:[*]

        Calvin Brown and Brenda Brown Thurman appeal their sentences which were imposed after this court vacated their previous sentences and remanded for resentencing. Brown argues that the court erred in determining the quantity of drugs attributable to him and in denying him a reduction for his minor role in the offense. Thurman argues for the first time on appeal that the court erred in denying her a reduction for her minimal role in the offense.

_____

        [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We have reviewed the record and the district court's reasons for imposing the respective sentences and perceive no reversible error.  Accordingly, we AFFIRM.